1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Broadcast Music Incorporated, *et al.*,          No. CV-19-02821-PHX-JJT

10              Plaintiffs,                          **CONSENT JUDGMENT**

11   v.

12   Elsberry Investments LLC, *et al.*,

13              Defendants.

14

15          1.      Plaintiff Broadcast Music, Inc. licenses the right of public performance, and

16   the other Plaintiffs own the copyrights, in the following musical compositions: Amarillo By

17   Morning; Hallelujah I Love Her a/ka Hallelujah I Love Him So; Lean on Me; Nobody; My

18   Immortal; Rehab; and Stand By Me. Defendants have knowingly and willfully infringed the

19   copyrights in these musical compositions.

20          2.      Plaintiffs shall recover from Defendants Elsberry Investments LLC, Shane

21   Elsberry, and Bryon Elsberry, jointly and severally, statutory damages in the amount of

22   $52,000.00, pursuant to 17 U.S.C. § 504(c)(1).

23          3.      Defendants Elsberry Investments LLC, Shane Elsberry, and Bryon Elsberry,

24   and their respective officers, agents, servants, employees, and attorneys, and all persons in

25   active concert or participation with any of them, are hereby permanently enjoined and

26   restrained from infringing, in any manner, the copyrighted musical compositions licensed by

27   Broadcast Music, Inc., pursuant to 17 U.S.C. § 502. Information pertaining to said musical

28   compositions can be found at www.bmi.com.

1      4.     This Court shall retain jurisdiction over this matter for enforcement of this

2  Judgment.

3      Dated this 10th day of July, 2019.

Honorable John J. Tuchi
United States District Judge

- 2 -